■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BACKMAN, Appellant. [922 NYS2d 218]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald Zweibel, J.), rendered on or about September 17, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Sweeny, DeGrasse, Abdus-Salaam and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRICK WARD, Appellant. [920 NYS2d 669]—

Order, Supreme Court, New York County (John Cataldo, J.), entered on or about December 1, 2008, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion in declining to grant defendant a downward departure from his presumptive risk level (*see People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). The mitigating factors he cites are unpersuasive, and were in any event outweighed by the seriousness of the underlying sex crime against a very young child (*see e.g. People v Mantilla*, 70 AD3d 477, 478 [2010], *lv denied* 15 NY3d 706 [2010]; *People v Rodriguez*, 67 AD3d 596, 597 [2009], *lv denied* 14 NY3d 706 [2010]). Concur—Friedman, J.P., Sweeny, DeGrasse, Abdus-Salaam and Román, JJ.